

# NUMBER 13-21-00219-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

CITY OF BROWNSVILLE AND
RAYMOND HARRIS,                                                    Appellants,

v.

JUAN RICHER,                                                         Appellee.

## On appeal from the 138th District Court
## of Cameron County, Texas.

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Benavides and Longoria**
**Memorandum Opinion by Justice Benavides**

Appellants City of Brownsville and Raymond Harris have filed an unopposed

motion to voluntarily dismiss their appeal against appellee Juan Richer, informing the

Court that "this matter has been finally resolved between all the parties." Accordingly, we

grant the motion and dismiss the appeal. *See* Tᴇx. R. Aᴘᴘ. P. 42.1(a)(1). Because they have not indicated an agreement otherwise, we tax costs against appellants. *See id.* R. 42.1(d). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained.

GINA M. BENAVIDES
Justice

Delivered and filed on the
15th day of September, 2022.